IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRAIGDARLOCH HOLDING INC. )
West 2ND AVENUE #203-1508 )
VANCOUVER BC V6J IH2 )
CANADA )
)
)
)
       Plaintiff )   CASE NO:
)
       v. )
)
BLUE EAGLE INDUSTRIES, INC. )
2536 YOUNGS DRIVE )
HAYMARKET VIRGINIA 20169 )
)
)
       Defendant )

**PLAINTIFF CRAIGDARLOCH HOLDING, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1**

I, the undersigned, counsel of record for Craigdarloch Holding, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Craigdarloch Holding, Inc. which have any outstanding securities in the hands of the public:

    None. Craigdarloch is a privately held company.

    This representation is made in order that judges of this court may determine the need for recusal.

*/s/ James R. Schraf*
James R. Schraf, 406645
Logan Russack, LLC
2530 Riva Road, Suite 308
Annapolis, Maryland 21401
(410) 571-2780
Attorney for Plaintiff,
Craigdarloch Holding, Inc.