IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIGDARLOCH HOLDING INC.<br>West 2ND AVENUE #203-1508<br>VANCOUVER BC V6J IH2<br>CANADA<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CASE NO: 1:07-cv-01086 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF CLARE E. McCOWN

Comes now your affiant, Clare E. McCown and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is Clare E. McCown and I am a resident of Anne Arundel County Maryland.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. On the 22nd day of August, 2007 I mailed by first class mail postage prepaid to David Thornton, President and chief executive officer of Blue Eagle

Industries, Inc. the Summons, Complaint, Initial Electronic Case Filing Order and the form for Consent to Proceed Before a United States Magistrate for all Purposes issued in this case.

6. I am an attorney with the law firm of Logan Russack, LLC that represents the Plaintiff.

7. Mr. Thornton's signature appears below as evidence of his receipt of the papers listed above.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
~~Date M. Russack~~

I acknowledge receipt of the papers described herein on behalf of Blue Eagle Industries, Inc.

_____
David Thornton
President Blue Eagle Industries, Inc.