IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIGDARLOCH HOLDING INC.<br>West 2ND AVENUE #203-1508<br>VANCOUVER BC V6J IH2<br>CANADA<br><br>      Plaintiff<br><br>      v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO: 1:07-cv-01086 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO APPROVE CONSENT JUDGMENT

Upon consideration of the Motion to Approve Consent Judgment filed by the Plaintiff, Craigdarloch Holdings, Inc. and the supporting documentation it is this ____ day of October 2007,

ORDERED, that the motion be and is hereby granted and judgment is entered in favor of Craigdarloch Holdings, Inc. and against Blue Eagle Industries, Inc. in the following amount:

|  |  |
|---|---|
| Compensatory Damages: | $476,790.00 |
| Prejudgment interest: | 135,885.15 |
| TOTAL JUDGMENT | $612,675.15 |

Post judgment interest at the legal rate shall begin to accrue upon docketing of the judgment by the Clerk of the Court.

_____
The Honorable Richard W. Roberts
Judge United States District Court for the District of Columbia

Copies to:

James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401

Blue Eagle Industries, Inc.
2536 Youngs Drive
Haymarket, Virginia 20169
Attention: David Thornton, President