UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CRAIGDARLOCH HOLDING INC.      )
                               )
      Plaintiff,               )
                               )
      v.                       )   Civil Action No. 07-1086 (RWR)
                               )
BLUE EAGLE INDUSTRIES, INC.    )
                               )
      Defendant.               )
_____)
```

### ORDER

Plaintiff has filed a motion to enter a consent judgment against the defendant. However, the defendant, a corporation, may appear only through counsel and may not be represented by its officers. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993); Am. Airways Charters, Inc. v. Regan, 746 F.2d 865, 873 n.14 (D.C. Cir. 1984). No counsel has entered an appearance for the defendant, and entry of a consent judgment before the defendant has properly appeared would be premature. Counsel would not be necessary if the parties entered into their own settlement agreement and plaintiff then filed a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1), but that is not what the plaintiff has proposed. Accordingly, it is hereby,

-2-

ORDERED that plaintiff's motion [#4] to approve consent judgment be, and hereby is, DENIED WITHOUT PREJUDICE as premature.

SIGNED this 19th day of October, 2007.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```