**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| | ) |
| **CRAIGDARLOCH HOLDING INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 07-1086 (RWR)** |
| | ) |
| **BLUE EAGLE INDUSTRIES, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER TO SHOW CAUSE**

On October 19, 2007, the Court denied without prejudice as premature the plaintiff's motion to approve a consent judgment. The defendant, a corporation, has neither appeared through counsel nor answered the complaint.  The plaintiff has not sought entry of default, moved for a default judgment, or filed a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1) reflecting the parties' own settlement agreement.  Accordingly, it is hereby

ORDERED that the plaintiff show cause in writing by December 14, 2007, why this case should not be dismissed for want of prosecution.  If appropriate, the plaintiff may satisfy this order by filing, after securing entry of default, a motion for default judgment with a proposed final default judgment, a copy of which must be served on defendant.

- 2 -


SIGNED this 5th day of December, 2007.


                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge