IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO: 1:07-cv-01086 RWR |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE EAGLE INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR ENTRY OF DEFAULT**

Comes now the Plaintiff, Craigdarloch Holdings, Inc. by and through its attorneys, James R. Schraf and Logan Russack, LLC and moves this Honorable Court for entry of an order of default, pursuant to Federal Rule 55 and for its reasons states as follows:

1. A Complaint has been filed alleging breach of contract against the Defendant, Blue Eagle Industries, Inc.

2. That Complaint was served by first class mail to the president of Blue Eagle Industries, Inc. on August 22, 2007.

3. An affidavit of service and acknowledgement of receipt of the summons and complaint by the president of Blue Eagle Industries, Inc. was filed with this Court on October 11, 2007.

4. The time to file a responsive pleading under the Federal Rules of Civil Procedure has passed and the Defendant has not filed any responsive pleading.

5. Attached herewith, as Exhibit 1 is an affidavit from the president of Blue Eagle that acknowledges that the amount of $612,675.15 is due and owing to the Plaintiff in this case.

WHEREFORE: the plaintiff, Craigdarloch Holdings, Inc. respectfully requests that this Honorable Court enter an order of default against the Defendant, Blue Eagle at which time the Plaintiff will move for a default judgment pursuant to the rules of this Court.

Respectfully submitted:

/S/ James R. Schraf_____
James R. Schraf, 406645
Logan Russack, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
(410) 571-2780
Attorney for Plaintiff,
Craigdarloch Holding, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default, was mailed, postage prepaid, this 10th day of December, 2007 to:

Blue Eagle Industries, Inc.
2536 Youngs Drive
Haymarket, Virginia 20169
Attention: David Thornton, President


/S/ James R. Schraf_____
James R. Schraf 406645

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC.<br>West 2ND AVENUE #203-1508<br>VANCOUVER BC V6J IH2<br>CANADA<br><br>    Plaintiff<br><br>    v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO:  1:07-cv-01086 RWR |

## AFFIDAVIT OF DAVID THORNTON

Comes now your affiant, David Thornton and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is David Thornton and I am a resident of Haymarket, Virginia.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. I am the chief executive officer of Blue Eagle Industries, Inc. (hereinafter "the Corporation").

1

6. Blue Eagle Industries, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

7. I have the authority of the Corporation to provide this affidavit on its behalf.

8. The Corporation borrowed the sum of $422,540 from Craigdarloch Holdings, Inc. on January 4, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 1.

9. The Corporation borrowed the sum of $25,000 from Craigdarloch Holdings, Inc. on December 15, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 2.

10. The Corporation borrowed the sum of $20,000 from Craigdarloch Holdings, Inc. on November 30, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 3.

11. The Corporation borrowed the sum of $9,250 from Craigdarloch Holdings, Inc. on October 8, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 4.

12. The Corporation has failed to repay the loans described above pursuant to the terms of the promissory notes.

13. The Corporation is in default under the terms of each of the promissory notes set forth above.

14. The Corporation is currently indebted to Craigdarloch Holdings, Inc. in the principal amount of $476,790.

15. The Corporation is currently indebted to Craigdarloch Holdings, Inc. in the amount of $135,885.15 representing prejudgment interest.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
David Thornton
President Blue Eagle Industries, Inc.