IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | * | |
| | * | |
| Plaintiff, | * | Case No: 1:07-cv-01086 RWR |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

PLAINTIFF CRAIGDARLOCH HOLDING INC.'S
MOTION FOR DEFAULT JUDGMENT

Plaintiff Craigdarloch Holding Inc. (hereinafter "Craigdarloch"), by its undersigned counsel, pursuant to Rule 55 of the Federal Rules of Civil Procedure and LCvR 7 of the Local Rules of Court, hereby moves for Default Judgment on the Complaint for Breach of Contract against the Defendant Blue Eagle Industries (hereinafter, the "Defendant"), on grounds that the Defendant has failed to timely answer the Complaint or defend this suit and therefore there are no issues of material fact, Plaintiff's claim against Defendant is for a sum certain, and the Plaintiff is entitled to a judgment as a matter of law.  The Plaintiff requests that a default judgment be entered subsequent to an entry of default (previously requested).  The grounds for this motion are more particularly set forth in the accompanying Memorandum In Support of Motion for Default Judgment.

WHEREFORE, Craigdarloch, respectfully requests that this Court grant a default judgment in its favor and award compensatory damages in the amount of $612,675.15.

                                                                         s/ James R. Schraf  
James R. Schraf, 406645  
Logan Russack, LLC  
2530 Riva Road, Suite 400  
Annapolis, Maryland 21401  
Tel:   (410) 571-2780  
Fax:   (410) 571-2798  
Attorneys for Plaintiff Craigdarloch Holding, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | * | |
| | * | |
| Plaintiff, | * | Case No: 1:07-cv-01086 RWR |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

PLAINTIFF CRAIGDARLOCH'S MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT

Plaintiff Craigdarloch Holding Inc., by its undersigned counsel, files this Memorandum in Support of Motion for Default Judgment, and states as follows:

Statement of the Case

This case was commenced on June 18, 2007, when Plaintiff filed a Complaint with this Court against Defendant Blue Eagle Industries, Inc. for breach of contract. On June 22, 2007, the Court Clerk issued a summons to Defendant which was served on the Corporate Executive Officer thereof, by first class mail on September 8, 2007. Blue Eagle Industries failed to answer the summons within 20 days following service. To date, no answer has been filed or appearance entered on behalf of Defendant. Plaintiff filed for an entry of default on December 10, 2007.

Plaintiff Craigdarloch now moves for a Default Judgment on grounds that all allegations contained in Plaintiff's complaint have been deemed admitted by

Defendant's failure to answer the complaint, Defendant has further admitted the facts stated in the Complaint by means of a signed affidavit which establishes the amount due as a sum certain, there are no material facts in dispute, Defendant is not an infant or incompetent person, and, as a matter of law, default judgment should be found for the Plaintiff.

### Jurisdiction

The Court has jurisdiction of this core proceeding pursuant to 28 U.S.C. §§ 1332 and Rule 55 of the Federal Rules of Civil Procedure.

### The Law

A court has the power to enter default judgment when a defendant fails to defend its case appropriately or otherwise engages in dilatory tactics. _Keegel v. Key West & Caribbean Trading Co.,_ 627 F.2d 372, 375 n. 5 (D.C.Cir.1980). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules." FED.R.CIV.P. 55(a). Upon request of the party entitled to default, Rule 55(b)(2) authorizes the court to enter against the defendant a default judgment for the amount claimed and costs. FED.R.CIV.P. 55(b)(2).

### Argument

**I.     Defendant Blue Eagle Industries Breached its Contract with Craigdarloch.**

The uncontested facts of this matter, pled in specificity in the Complaint, demonstrate that Craigdarloch and Defendant entered into a several valid contracts for good and valuable consideration. Craigdarloch performed as specified by the contract

and extended $476,790.00 in loans to Defendant. The Defendant failed to perform as specified by the contract when it defaulted on loans payable to Craigdarloch. Craigdarloch has suffered damages in the amount of $612,675.15, representing the unpaid principal of the loans plus accrued interest.

Defendant has admitted to its breach of contract both in a signed affidavit and by Defendant's failure to respond to the complaint. *See* Exhibit A, Affidavit of David Thornton. Consequently, this case presents no question of material fact.

**II. Defendant was defaulted because of failure to appear; Defendant is not an infant or incompetent person; and the amount due is a sum certain.**

Defendant Blue Eagle is a corporation which is currently insolvent and no longer generating sufficient revenue to pays its debts. Defendant corporation has not retained counsel in the above captioned matter. Defendant has not answered the complaint nor entered an appearance in the nearly four months following receipt of service of summons and complaint in this suit. Moreover, Defendant signed a Consent Judgment and Affidavit in this matter admitting the statement of facts as recited by Plaintiff and the amount due by Defendant. Accordingly, Defendant has demonstrated an unwillingness to defend the allegations presented in this matter, and in fact, as acquiesced to judgment against it.

Defendant Blue Eagle signed an Affidavit in this matter conceding that it is in breach of contract with Plaintiff, and is indebted to Plaintiff in the amount of $612,675.15. Plaintiff hereby stipulates that this sum is accurate and constitutes a sum certain.

WHEREFORE, Plaintiff Craigdarloch respectfully requests that this Court grant default judgment in its favor and award compensatory damages in the amount of $612,675.15 reflecting the principal amount of Craigdarloch's loans plus pre-judgment accrued and unpaid interest thereon.

        s/ James R. Schraf
        James R. Schraf, 406645
        Logan Russack, LLC
        2530 Riva Road, Suite 400
        Annapolis, Maryland 21401
        Tel:   (410) 571-2780
        Fax:   (410) 571-2798
        Attorneys for Plaintiff Craigdarloch Holding, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC.<br>West 2ND AVENUE #203-1508<br>VANCOUVER BC V6J IH2<br>CANADA<br><br>          Plaintiff<br><br>          v.<br><br>BLUE EAGLE INDUSTRIES, INC.<br>2536 YOUNGS DRIVE<br>HAYMARKET VIRGINIA 20169<br><br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 1:07-cv-01086 RWR |

## AFFIDAVIT OF DAVID THORNTON

Comes now your affiant, David Thornton and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is David Thornton and I am a resident of Haymarket, Virginia.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. I am the chief executive officer of Blue Eagle Industries, Inc. (hereinafter "the Corporation").

6. Blue Eagle Industries, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

7. I have the authority of the Corporation to provide this affidavit on its behalf.

8. The Corporation borrowed the sum of $422,540 from Craigdarloch Holdings, Inc. on January 4, 2006 as evidenced by a promissory note of that date that is attached herewith as Exhibit 1.

9. The Corporation borrowed the sum of $25,000 from Craigdarloch Holdings, Inc. on December 15, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 2.

10. The Corporation borrowed the sum of $20,000 from Craigdarloch Holdings, Inc. on November 30, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 3.

11. The Corporation borrowed the sum of $9,250 from Craigdarloch Holdings, Inc. on October 8, 2004 as evidenced by a promissory note of that date that is attached herewith as Exhibit 4.

12. The Corporation has failed to repay the loans described above pursuant to the terms of the promissory notes.

13. The Corporation is in default under the terms of each of the promissory notes set forth above.

14. The Corporation is currently indebted to Craigdarloch Holdings, Inc. in the principal amount of $476,790.

15. The Corporation is currently indebted to Craigdarloch Holdings, Inc. in the amount of $135,885.15 representing prejudgment interest.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
David Thornton
President Blue Eagle Industries, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | * | |
| | * | |
| Plaintiff, | * | Case No: 1:07-cv-01086 RWR |
| v. | * | |
| BLUE EAGLE INDUSTRIES, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Upon consideration of the Plaintiff, Craigdarloch Holding Inc.'s Motion For Default Judgment and Memorandum In Support of Motion for Default Judgment, Defendant's failure to enter it's appearance or timely defend against Plaintiff's allegations, and after notice and a hearing, and the Court finding that, pursuant Rule 55 of the Federal Rules of Civil Procedure, the Plaintiff is entitled to a judgment as a matter of law, it is, by the United States District Court for the District of Columbia, ORDERED:

1. That Plaintiff's Motion for Default Judgment be, and is hereby, granted;

2. Compensatory damages in the amount of $612,675.15 be awarded;

Dated:_____    _____
Judge United States District Court for the
District of Columbia

cc:   James R. Schraf, Esquire
Logan Russack, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

Blue Eagle Industries, Inc.
Attn: David Thornton, CEO
2536 Youngs Drive
Haymarket, Virginia 20169