IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | ) | |
| West 2ND AVENUE #203-1508 | ) | |
| VANCOUVER BC V6J IH2 | ) | |
| CANADA | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | CASE NO: 1:07-cv-01086 RWR |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE EAGLE INDUSTRIES, INC. | ) | |
| 2536 YOUNGS DRIVE | ) | |
| HAYMARKET VIRGINIA 20169 | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

### AFFIDAVIT OF SERVICE OF PROCESS

Comes now your affiant, James R. Schraf and declares and affirms as follows, pursuant to 28 U.S.C. §1746:

1. My name is James R. Schraf and I am a resident of Anne Arundel County Maryland.

2. I am above eighteen (18) years of age.

3. I am competent to testify to the matters and facts set forth in this affidavit.

4. I have personal knowledge of the matters and facts set forth in this affidavit.

5. On the 22nd day of August, 2007 our office mailed by first class mail postage prepaid to David Thornton, President and chief executive officer of Blue

Eagle Industries, Inc. the Summons, Complaint, Initial Electronic Case Filing Order and the form for Consent to Proceed Before a United States Magistrate for all Purposes issued in this case.

6. The documents referred to in paragraph 5 above were received by David Thornton of Blue Eagle Industries on August 27, 2007.

7. I am an attorney with the law firm of Logan Russack, LLC that represents the Plaintiff.

I declare under the penalty of perjury that the foregoing is true and correct.

        s/ James R. Schraf
        James R. Schraf, 406645
        Logan Russack, LLC
        2530 Riva Road, Suite 400
        Annapolis, Maryland 21401
        Tel:   (410) 571-2780
        Fax:  (410) 571-2798
        Attorneys for Plaintiff Craigdarloch Holding, Inc.