**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CRAIGDARLOCH HOLDING INC. | ) | |
| | ) | |
| Plaintiff | ) | CASE NO:  1:07-cv-01086 RWR |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE EAGLE INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion for Default Judgment, Memorandum of Law supporting the Motion for Default Judgment and the proposed order granting a default judgment, were mailed, postage prepaid, on the 14th day of December, 2007 to:

> Blue Eagle Industries, Inc.
> 2536 Youngs Drive
> Haymarket, Virginia 20169
> Attention: David Thornton, President

> s/ James R. Schraf
> James R. Schraf, 406645
> Logan Russack, LLC
> 2530 Riva Road, Suite 400
> Annapolis, Maryland 21401
> Tel:    (410) 571-2780
> Fax:    (410) 571-2798
> Attorneys for Plaintiff Craigdarloch
> Holding, Inc.

1