Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CRAIGDARLOCH HOLDING INC.

    Plaintiff(s)

V.

Civil Action No. 07-cv-01086-RWR

BLUE EAGLE INDUSTRIES, INC

    Defendant(s)

RE: BLUE EAGLE INDUSTRIES, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 27, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 03rd day of January, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk