UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                             )
CRAIGDARLOCH HOLDING INC.    )
                             )
        Plaintiff,           )
                             )
        v.                   )    Civil Action No. 07-1086 (RWR)
                             )
BLUE EAGLE INDUSTRIES, INC.  )
                             )
        Defendant.           )
_____)
```

### ORDER TO SHOW CAUSE

On December 10, 2007, the plaintiff requested an entry of default. The clerk has entered default against the defendant, and the plaintiff has moved for default judgment. Accordingly, it is hereby

**ORDERED** that the defendant shall show cause in writing by January 24, 2008 why default judgment should not be entered against Blue Eagle Industries, Inc.

SIGNED this 14th day of January, 2008.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge