UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**CRAIGDARLOCH HOLDING, INC.**      )
                                    )
        **Plaintiff,**              )
                                    )
        v.                          )   Civil Action No. 07-1086 (RWR)
                                    )
**BLUE EAGLE INDUSTRIES, INC.**     )
                                    )
        **Defendant.**              )
_____ )

### FINAL JUDGMENT

Default was entered against the defendant, Blue Eagle Industries, and the plaintiff moved for default judgment, attaching an affidavit from the defendant's chief executive officer confessing judgment. The defendant was ordered to show cause in writing by January 24, 2008 why the default judgment sought by plaintiff should not be entered against it. The defendant did not respond to the show cause order and plaintiff's motion is deemed conceded. See LCvR 7(b). Accordingly, it is hereby

ORDERED that the plaintiff's motion for default judgment [9] be, and hereby, is GRANTED. The Clerk is directed to enter judgment in the amount of $612,675.15 plus costs against defendant Blue Eagle Industries. This is a final, appealable order.

- 2 -

SIGNED this 28th day of January, 2008.

                                                                          /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge